UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

ORIGINAL

MINNESOTA LABORERS HEALTH AND WELFARE FUND; MINNESOTA LABORERS PENSION FUND; MINNESOTA LABORERS VACATION FUND; CONSTRUCTION LABORERS' EDUCATION AND TRAINING FUND OF MINNESOTA AND NORTH DAKOTA; MINNESOTA LABORERS EMPLOYERS COOPERATION AND EDUCATION TRUST,

Civil No. 01-CV-941 DSD/SRN

Plaintiffs,

vs.

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER FOR DEFAULT JUDGMENT**

H & W CONSTRUCTION SERVICES, INC.,

Defendant.

This matter was heard before the undersigned on the 20th day of July 2001. Pamela Hodges Nissen of McGrann Shea Anderson Carnival Straughn & Lamb, Chartered, appeared for and on behalf of the Plaintiffs. There was no appearance on behalf of the Defendant.

## FINDINGS OF FACT

1. Plaintiffs filed a Summons and Complaint in this matter on May 29, 2001.

2. Defendant H & W Construction Services, Inc. ("H & W Construction") was served with a Summons and Complaint in this matter on May 31, 2001.

3. Defendant has failed to file and serve an Answer to the Summons and Complaint.

FILED JUL 2 0 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD [illegible]
DEPUTY CLERK

4. Plaintiffs are joint fringe benefit trust funds (the "Funds") which are multi-employer plans as defined by 29 U.S.C. § 1002(37). They are established to provide, among other things, pension, vacation, health and welfare benefits to employees doing laborers work in the construction trades, and are maintained for the benefit of workers pursuant to Collective Bargaining Agreements. All contributions must be made and all reports must be submitted to Zenith Administrators, 7645 Metro Boulevard, Minneapolis, Minnesota 55439, as the administrative agent designated by the Trustees.

5. Defendant accepted and agreed to be bound by certain a Collective Bargaining Agreement with the Laborers District Council of Minnesota. The Agreement obligate Defendant, as an employer, to compute the contribution for each employee and pay those contributions to the Funds' Agent on or before the 15th day of the month following the month for which the contribution is being made.

6. Defendant submitted the reports for the months of February through May 2001, but failed to timely pay the contributions owing. According to the reports submitted by Defendant, fringe benefit contributions are owing in the amount of $66,162.43.

7. Since the filing of the Complaint, Defendant submitted one payment in the amount of $35,169.42. No other payments have been received.

8. The Collective Bargaining Agreement provides that Defendant pay liquidated damages of 10% of delinquent contributions known to be owing at this time for the months of February through May 2001 is $6,616.24.

9. In addition, the June 2001 report and contributions became due on July 15, 2001.

10. The Collective Bargaining Agreement provides that Plaintiffs are entitled to their reasonable attorney fees and costs of this action.

11. The fair and reasonable value of attorney fees and costs incurred by the Plaintiffs in this action is $1,464.28.

**CONCLUSIONS OF LAW**

1. Defendant is in default, and Plaintiffs are entitled to Default Judgment.

2. Defendant owes at least $66,162.43 in fringe benefit contributions for the month of February through May 2001.

3. Defendant owes at least $6,616.24 in liquidated damages for the months of February through May 2001.

4. Defendant is entitled to a credit of $35,169.42 for the payment made.

5. Defendant must submit payroll forms and pay the contributions for which Defendant is delinquent.

6. Defendant is liable for the Plaintiffs attorneys' fees and costs, in the amount of $1,464.28.

**ORDER**

**IT IS ORDERED**:

1. That Plaintiffs' motion for default judgment is granted.

2. That Plaintiffs shall have judgment against Defendant H & W Construction Services, Inc. for $39,073.53.

3. That Defendant file the report for June 2001, at the offices of Zenith Administrators, 7645 Metro Boulevard, Minneapolis, Minnesota 55439, correctly identifying

hours worked by laborers and the last known addresses of its employees pursuant to the Collective Bargaining Agreement within 5 days of service of this Order upon them.

4. That Defendant pay the contributions of all of the hours reported pursuant to the Court's Order plus interest and liquidated damages in the amount of 10% of the delinquent contributions.

5. That upon the filing of the report by Defendant with Plaintiffs pursuant to this Order, if Defendant fails to make payments required by this Order, the Plaintiffs may move the Court for entry of judgment in the amount of unpaid contributions and liquidated damages as shown by Affidavit filed with the Court, and the Court shall enter judgment ten days after service of the motion and Affidavit on Defendant.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 7/20/01

BY THE COURT

David S. Doty
Judge of District Court

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500