# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Minnesota Laborers Health And
Welfare Fund; Minnesota Laborers
Pension Fund; et al

Case No. Civil 01-941 DSD/SRN

v.

**JUDGMENT IN A CIVIL CASE**

H & W Construction Services, Inc.,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Plaintiffs shall have judgment against defendant in the amount of $13,099.53.

DATE: September 13, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

13